UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELVONIA JOHNS et al.,

    Plaintiffs,

v.                                             CASE NO: 8:04-cv-2667-T-23MSS

CITY OF TAMPA et al.,

    Defendants.
_____/

## ORDER

The plaintiffs file an unopposed motion (Doc. 29) to amend the complaint. The motion (Doc. 29) to amend the complaint is **GRANTED**. Consequently, the motion (Doc. 32) purporting to voluntarily dismiss Steven Hogue is **DENIED AS MOOT** because the amended complaint removes Steven Hogue as a defendant.[1] Additionally, the motion (Doc. 23) to dismiss is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on July 8, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] Although the defendant answers (Doc. 24) the complaint, the motion (Doc. 32) neither complies with Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, nor seeks court approval under Rule 41(a)(2). Failure to comply with federal and local rules may result in sanctions.