

# CITY OF TAMPA

Pam Iorio, Mayor

Police Department

Stephen Hogue
Chief of Police

October 3, 2006

Angela B. Wright, Esquire
300 N Franklin Street
Tampa, FL 33601

Dear Ms. Wright:

The following fees reflect the charges for the documents you have requested. (9/21-10/2)

**THURSDAY 9/21/06**

| | |
|---|---|
| 1000-1200 Legal Unit (2.0) | $32.00 |
| Copies of SOP Index (20) | 3.00 |
| Copies Versadex 1999-2003 (5) | .75 |
| Copies of E-Portfolio 1995-2005 (15) | 2.25 |
| Copies SOP CD's (5) 1st –5th Edition | 25.00 |
| 1200-1330 Records (1.5) | 15.00 |
| 1330-1430 IT/Planning (1.0) | 16.00 |
| SOP Copies (135) | 20.25 |
| 1445-1545 (copy time-filing 1.0) | 16.00 |
| Total for 9/21/06 | $ 130.25 |

$130.25

**FRIDAY 9/22/06**

| | | |
|---|---|---|
| 0815-1145 | Records-research (3.5) | $ 35.00 |
| 1330-1430 | Records-research (1.0) | 10.00 |
| 1445-1645 | Records-copy time (2.0) | 20.00 |
| Copies (6 reports @ .15 pp x 99 pgs.) | | 14.85 |
| Copies 02 & 03 report @ .15 pp x 9 pgs. | | 1.35 |
| Total for 9/22/06 | | $ 81.20 |

*Sub total for 2 days...*                    *$211.45*


www.tampagov.net



EXHIBIT
5-INV

(Page 2)

**TUESDAY 9/26/06**

| | |
|---|---|
| 0905-0940 (.5) | $ 5.00 |
| 1315-1430 (1.0) | 10.00 |
| 1600-1700 (1.0) Copy time | 10.00 |
| Copies made (66 pages) | 9.90 |
| Copies-Officers reports- E-Portfolio | 131.40 |
| Research time for above (1.0) | 16.00 |
| **Total for 9/26/06** | **$182.30** |

*Sub total for 3 days...*                    *$393.75*

**THURSDAY 9/28/06**

| | |
|---|---|
| 0920-1130 (2.0) Records | $ 20.00 |
| 1450-1635 (1.5) Records | 15.00 |
| 1500-1600 (1.0) Copy SOP's | 16.00 |
| SOP's Copies @ 90 x .15 | 13.50 |
| Duplicate *list* (95 & 96) Miller | .60 |
| Copies-Records (44 pages) | 6.60 |
| **Total for 9/28/06** | **$ 71.70** |

*Sub total for 4 days...*                    *$465.45*

**MONDAY 10/2/06**

| | |
|---|---|
| Records Research/copy time (1.0) | $10.00 |
| Editing time (1.0) | 16.00 |
| Copies 35 x .15 | 5.25 |
| **Total for 10/2/06** | **$31.25** |

*Total to date   (5 days)*                    *$496.70*

Should you have any questions, please do not hesitate to call. Based on your additional (3) page request, which was received yesterday, there will be additional documents and another invoice to follow.

Sincerely,

Jeanne M. Burgess
Tampa Police Department
Legal Unit - 10th floor